# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
GREEN, ROBERT                                   §        Case No. 10-48664
                                                §
                        Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was          and the deadline for filing governmental claims was       . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $      . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $     as interim compensation and now requests a sum of $      , for a total compensation of $    [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $   , and now requests reimbursement for expenses of $   , for total expenses of $    [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-48664 | ERW | Judge: EUGENE R. WEDOFF |
| Case Name: | GREEN, ROBERT |

For Period Ending: 08/29/14

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 10/29/10 (f) |
| 341(a) Meeting Date: | 12/28/10 |
| Claims Bar Date: | 07/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 10418 S. Komensky Ave, Oak Lawn, IL. 60453 | 129,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Accouct 230.00 Saving Account 380.00 | 610.00 | 0.00 | | 0.00 | FA |
| 3. Necessary Furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 5. 2006 Mecurey Montego | 8,300.00 | 5,900.00 | | 0.00 | FA |
| 6. PI CLAIM (u) | 0.00 | 0.00 | | 750,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $139,910.00 | $5,900.00 | | $750,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case resolved

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-48664 -ERW |
| Case Name: | GREEN, ROBERT |
| Taxpayer ID No: | *******7692 |
| For Period Ending: | 08/29/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8629  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 05/02/14 | 6 | ADVOCATE HEALTH CARE | PERSONAL INJURY CHECK | 1242-000 | 750,000.00 | | 750,000.00 |
| | 05/08/14 | 010001 | Clark M. Raymond | Special Counsel | 3991-000 | | 200,000.00 | 550,000.00 |
| | | | The law firm Raymond & Raymond Ltd. | Fees | | | | |
| | | | 1701 E. Woodfield Road | O/C 3/12/2014 | | | | |
| | | | Suite 903 | | | | | |
| | | | Schaumburg, IL 60173 | | | | | |
| | 05/08/14 | 010002 | Clark M. Raymond | Special Counsel | 3992-000 | | 47,392.40 | 502,607.60 |
| | | | Raymond and Raymond, Ltd. | Expenses | | | | |
| | | | 1701 E. Woodfield Road, | | | | | |
| | | | Suite 903 | | | | | |
| | | | Schaumburg, IL 60173 | | | | | |
| | 05/08/14 | 010003 | Robert Green | Surplus to Debtor | 8200-000 | | 300,000.00 | 202,607.60 |
| | | | 10418 S. Komensky | O/C 3/18/2014 | | | | |
| | | | Oak Lawn, IL 60453 | | | | | |
| | 05/15/14 | 010004 | Steven Green | distribution probate o/c 4-25-14 | 8500-000 | | 25,000.00 | 177,607.60 |
| | 05/15/14 | 010005 | Michael Green | distribution probate O/C 4-25-14 | 8500-000 | | 25,000.00 | 152,607.60 |
| | 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 786.80 | 151,820.80 |
| * | 06/10/14 | 010006 | ANDREW J. MAXWELL | Chapter 7 Compensation/Fees | 2100-003 | | 40,750.00 | 111,070.80 |
| | | | 105 W. ADAMS | | | | | |
| | | | SUITE 3200 | | | | | |
| | | | CHICAGO, IL 60603 | | | | | |
| * | 06/10/14 | 010006 | ANDREW J. MAXWELL | Chapter 7 Compensation/Fees | 2100-003 | | -40,750.00 | 151,820.80 |
| | | | 105 W. ADAMS | Error - not actually issued but shown on check | | | | |
| | | | SUITE 3200 | register at same time as creditor payment made | | | | |
| | | | CHICAGO, IL 60603 | | | | | |
| * | 06/10/14 | 010007 | MAXWELL LAW GROUP, LLC | fees and expenses | | | 8,618.64 | 143,202.16 |
| | | | 105 WEST ADAMS | | | | | |
| | | | SUITE 3200 | | | | | |
| | | | CHICAGO, IL 60603 | | | | | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 750,000.00 | 606,797.84 |

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        10-48664  -ERW
Case Name:   GREEN, ROBERT

Taxpayer ID No:   *******7692
For Period Ending:  08/29/14

Trustee Name:                ANDREW J. MAXWELL, TRUSTEE
Bank Name:                   ASSOCIATED BANK
Account Number / CD #:    *******8629  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/10/14 | 010007 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Fees          8,571.50<br>Expenses          47.14<br>fees and expenses<br>Error - not actually issued but shown on check register at same time as creditor payment made | 6110-003<br>6120-003 | | -8,618.64 | 151,820.80 |
| 06/10/14 | 010008 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Fees          (     8,571.50 )<br>Expenses       (       47.14 )<br>Unsecured Claim 100%  plus Interest<br>Final Payment | 6110-003<br>6120-003 | | 439.29 | 151,381.51 |
| 06/10/14 | 010009 | RBS Citizens 480 Jefferson Blvd RJE 135 Warwick RI 02886 | Claim          435.64<br>Interest          3.65<br>Unsecured Claim 100%  plus Interest<br>Final Payment | 7100-000<br>7990-000 | | 6,489.09 | 144,892.42 |
| 06/10/14 | 010010 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Claim          6,435.24<br>Interest          53.85<br>Unsecured Claim 100%  plus Interest<br>Final Payment | 7100-000<br>7990-000 | | 14,323.98 | 130,568.44 |
| * 06/10/14 | 010011 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Claim          14,205.11<br>Interest          118.87<br>Unsecured Claim 100%  plus Interest<br>Final Payment | 7100-000<br>7990-000 | | 3,221.69 | 127,346.75 |

Page Subtotals              0.00          15,855.41

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:       10-48664 -ERW
Case Name:   GREEN, ROBERT

Trustee Name:            ANDREW J. MAXWELL, TRUSTEE
Bank Name:               ASSOCIATED BANK
Account Number / CD #:   *******8629  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******7692
For Period Ending:  08/29/14

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim         3,194.95 | 7100-004 | | | |
| | | | Interest        26.74 | 7990-003 | | | |
| *   06/10/14 | 010011 | Capital One Bank (USA), N.A. | Stop Payment Reversal | | | -3,221.69 | 130,568.44 |
| | | by American InfoSource LP as agent | STOP PAY ADD SUCCESSFUL | | | | |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| | | | Claim      (     3,194.95 ) | 7100-004 | | | |
| | | | Interest    (      26.74 ) | 7990-003 | | | |
| 06/10/14 | 010012 | Chase Bank USA, N.A. | Unsecured Claim 100% plus Interest | | | 4,063.50 | 126,504.94 |
| | | PO Box 15145 | Final Payment | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| | | | Claim         4,029.78 | 7100-000 | | | |
| | | | Interest        33.72 | 7990-000 | | | |
| 06/10/14 | 010013 | Chase Bank USA, N.A. | Unsecured Claim 100% plus Interest | | | 776.55 | 125,728.39 |
| | | PO Box 15145 | Final Payment | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| | | | Claim          770.11 | 7100-000 | | | |
| | | | Interest         6.44 | 7990-000 | | | |
| 06/10/14 | 010014 | Chase Bank USA, N.A. | Unsecured Claim 100% plus Interest | | | 3,037.51 | 122,690.88 |
| | | PO Box 15145 | Final Payment | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| | | | Claim         3,012.30 | 7100-000 | | | |
| | | | Interest        25.21 | 7990-000 | | | |
| 06/10/14 | 010015 | Fifth Third Bank | Unsecured Claim 100% plus Interest | | | 10,597.95 | 112,092.93 |
| | | PO BOX 829009 | Final Payment | | | | |
| | | Dallas, TX 75382 | | | | | |
| | | | Claim        10,510.00 | 7100-000 | | | |
| | | | Interest        87.95 | 7990-000 | | | |
| 06/10/14 | 010016 | PNC BANK | Unsecured Claim 100% plus Interest | | | 7,913.68 | 104,179.25 |

Page Subtotals        0.00        23,167.50

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 18.01

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-48664  -ERW | |
| Case Name: | GREEN, ROBERT | |
| | | |
| Taxpayer ID No: | *******7692 | |
| For Period Ending: | 08/29/14 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8629  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 94982 CLEVELAND, OH 44101 | Final Payment | | | | | | |
| | | | Claim | 7,848.01 | | 7100-000 | | | |
| | | | Interest | 65.67 | | 7990-000 | | | |
| 06/10/14 | 010017 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured Claim 100%  plus Interest Final Payment | | | | | 3,465.83 | 100,713.42 |
| | | | Claim | 3,437.07 | | 7100-000 | | | |
| | | | Interest | 28.76 | | 7990-000 | | | |
| 06/10/14 | 010018 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured Claim 100%  plus Interest Final Payment | | | | | 8,058.18 | 92,655.24 |
| | | | Claim | 7,991.31 | | 7100-000 | | | |
| | | | Interest | 66.87 | | 7990-000 | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 205.41 | 92,449.83 |
| * 08/12/14 | | CITIBANK ROBERT GREEN | OVER PAYMENT | | | 7100-003 | | -626.37 | 93,076.20 |
| * 08/27/14 | | CITIBANK ROBERT GREEN | OVER PAYMENT wrong name-correct for internal purposes. | | | 7100-003 | | 626.37 | 92,449.83 |
| 08/27/14 | | RBS CITIZEN BANK 480 Jefferson Blvd RJE 135 Warwick RI 02886 | OVER PAYMENT | | | | | -626.37 | 93,076.20 |
| | | RBS CITIZENS | Memo Amount: | 626.37 | | 7100-000 | | | |

Page Subtotals          0.00          11,103.05

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:          10-48664  -ERW
Case Name:        GREEN, ROBERT

Taxpayer ID No:   *******7692
For Period Ending: 08/29/14

Trustee Name:     ANDREW J. MAXWELL, TRUSTEE
Bank Name:        ASSOCIATED BANK
Account Number / CD #:   *******8629  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts: | 626.37 | COLUMN TOTALS | | 750,000.00 | 656,923.80 | 93,076.20 |
|  |  | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
|  |  |  |  | Subtotal | | 750,000.00 | 656,923.80 | |
|  |  | Memo Allocation Net: | 626.37 | Less:  Payments to Debtors | | | 350,000.00 | |
|  |  |  |  | Net | | 750,000.00 | 306,923.80 | |

| | | Total Allocation Receipts: | 626.37 | | | | | |
| | | Total Allocation Disbursements: | 0.00 | | | | | |

TOTAL - ALL ACCOUNTS          NET DEPOSITS     NET DISBURSEMENTS     ACCOUNT BALANCE

Total Memo Allocation Net:    626.37

Checking Account (Non-Interest Earn - *******8629

750,000.00            306,923.80            93,076.20

---------------------     ---------------------     ---------------------

750,000.00            306,923.80            93,076.20

==============     ==============     ==============

(Excludes Account Transfers)   (Excludes Payments To Debtors)   Total Funds On Hand

Page Subtotals          0.00          0.00

LFORM24

Ver: 18.01

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 29, 2014 | |

Case Number:    10-48664                    Claim Class Sequence
Debtor Name:    GREEN, ROBERT

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $9,724.42 | $0.00 | $9,724.42 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO,  IL 60603 | Administrative | | $20,257.82 | $0.00 | $20,257.82 |
| 999<br>8200-00 | ROBERT GREEN | Priority | | $300,000.00 | $300,000.00 | $0.00 |
| 999<br>8500-00 | MICHAEL GREEN | Priority | | $25,000.00 | $25,000.00 | $0.00 |
| 999<br>8500-00 | STEVEN GREEN | Priority | | $25,000.00 | $25,000.00 | $0.00 |
| 999<br>8200-00 | ROBERT GREEN | Unsecured | | $59,245.90 | $0.00 | $59,245.90 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $435.64 | $435.64 | $0.00 |
| 000002<br>070<br>7100-00 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Unsecured | | $6,435.24 | $5,808.87 | $626.37 |
| 000003<br>070<br>7100-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Unsecured | | $14,205.11 | $14,205.11 | $0.00 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,194.95 | $0.00 | $3,194.95 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $4,029.78 | $4,029.78 | $0.00 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $770.11 | $770.11 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: August 29, 2014 |

Case Number:    10-48664                              Claim Class Sequence
Debtor Name:    GREEN, ROBERT

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $3,012.30 | $3,012.30 | $0.00 |
| 000008<br>070<br>7100-00 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Unsecured | | $10,510.00 | $10,510.00 | $0.00 |
| 000009<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000010<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000011<br>070<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $7,848.01 | $7,848.01 | $0.00 |
| 000012<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $3,437.07 | $3,437.07 | $0.00 |
| 000013<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $7,991.31 | $7,991.31 | $0.00 |
| | Case Totals: | | | $501,097.66 | $408,048.20 | $93,049.46 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-48664
Case Name: GREEN, ROBERT
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be              percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | RBS Citizens | $ | $ | $ |
| 000003 | Ford Motor Credit Company LLC | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | Chase Bank USA, N.A. | $ | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ | $ |
| 000008 | Fifth Third Bank | $ | $ | $ |
| 000009 | American Express Centurion Bank | $ | $ | $ |
| 000010 | American Express Bank, FSB | $ | $ | $ |
| 000011 | PNC BANK | $ | $ | $ |
| 000012 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000013 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____


      Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE


      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of    % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $    . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $     .