UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GREEN, ROBERT § Case No. 10-48664 ERW
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKR. CT
    219 S. DEARBORN STREET
    7TH FLOOR
    CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on  in Courtroom 744,
    United States Courthouse
    219 South Dearborn
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/02/2014    By: /s/ Andrew J. Maxwell
                Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GREEN, ROBERT § Case No. 10-48664 ERW
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 750,000.00 |
| and approved disbursements of | $ | 656,923.80 |
| leaving a balance on hand of[1] | $ | 93,076.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 20,257.82 | $ 0.00 | $ 20,257.82 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 9,672.00 | $ 0.00 | $ 9,672.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 52.42 | $ 0.00 | $ 52.42 |
| Total to be paid for chapter 7 administrative expenses | | $ | 29,982.24 |
| Remaining Balance | | $ | 63,093.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 350,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,297.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 435.64 | $ 435.64 | $ 0.00 |
| 000002 | RBS Citizens | $ 5,862.72 | $ 5,862.72 | $ 0.00 |
| 000003 | Ford Motor Credit Company LLC | $ 14,205.11 | $ 14,205.11 | $ 0.00 |
| 000004 | Capital One Bank (USA), N.A. | $ 3,194.95 | $ 0.00 | $ 3,194.95 |
| 000005 | Chase Bank USA, N.A. | $ 4,029.78 | $ 4,029.78 | $ 0.00 |
| 000006 | Chase Bank USA, N.A. | $ 770.11 | $ 770.11 | $ 0.00 |
| 000007 | Chase Bank USA, N.A. | $ 3,012.30 | $ 3,012.30 | $ 0.00 |
| 000008 | Fifth Third Bank | $ 10,510.00 | $ 10,510.00 | $ 0.00 |
| 000009 | American Express Centurion Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | American Express Bank, FSB | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | PNC BANK | $ 7,848.01 | $ 7,848.01 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | FIA Card Services, NA/Bank of America | $ 3,437.07 | $ 3,437.07 | $ 0.00 |
| 000013 | FIA Card Services, NA/Bank of America | $ 7,991.31 | $ 7,991.31 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     3,194.95

Remaining Balance     $     59,899.01

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 26.74 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 59,872.27 .

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                          Case No. 10-48664-ERW
Robert Green                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez             Page 1 of 2           Date Rcvd: Sep 04, 2014
                              Form ID: pdf006             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2014.
db          +Robert Green,    10418 S. Komensky,    Oak Lawn, IL 60453-4952
aty         +Clark Raymond,    Raymond & Raymond, Ltd.,    1701 E. Woodfield Road, Suite 636,
              Schaumburg, IL 60173-5184
17445808     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17430201     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20320032     American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
              Oklahoma City, OK 73124-8866
16354402    +Capital One,    PO Box 6492,   Carol Stream, IL 60197-6492
17293340     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,     PO Box 71083,
              Charlotte, NC 28272-1083
16354403    +Charter One,    PO Box 42010,   Providence, RI 02940-2010
17313185     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16354404    +Chase Sony Card,    PO Box 15153,    Wilmington, DE 19886-5153
16354414    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Webbank/Dfs,      12234 N Ih 35 Sb Bldg B,    Austin, TX 78753)
16354406    +FIA Card Services,    PO Box 15019,    Wilmington, DE 19886-5019
16354407    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     38 Fountain Square Plz,    Cincinnati, OH 45202)
16354408    +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
17323336    +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16354409    +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
17231897    #+Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
16354411    +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
17557333    +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
17231516    +RBS Citizens,    480 Jefferson Blvd,    RJE 135,   Warwick RI 02886-1359
16354413    +Tnb - Target,    Po Box 673,   Minneapolis, MN 55440-0673
16354416    +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17220796     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 05 2014 00:48:26
              American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK 73124-8866
16354405    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 05 2014 00:49:46      Discover,   PO Box 6103,
              Carol Stream, IL 60197-6103
17602271     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 05 2014 00:48:26
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK 73124-8809
16354410    +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2014 00:47:39      Gemb/Abt Tv,   Po Box 981439,
              El Paso, TX 79998-1439
16354412    +E-mail/Text: bankrup@aglresources.com Sep 05 2014 00:43:56      Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16354415   ##+Wells Fargo Fin.,   PO Box 98791,   Las Vegas, NV 89193-8791
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2014                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Sep 04, 2014
                              Form ID: pdf006          Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2014 at the address(es) listed below:
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          David P Lloyd    on behalf of Debtor Robert  Green courtdocs@davidlloydlaw.com
          Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Michael J Vitale    on behalf of Debtor Robert  Green mvitale1@sbcglobal.net
          Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
                                                                                             TOTAL: 9
```