# FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEP 2 4 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                    )
                                          )
ROBERT GREEN,                             )        Case No. 10 B 48664
                                          )
                                          )        Chapter 7
          Debtor.                         )
                                          )
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF MAXWELL LAW GROUP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $9,672.00 | TOTAL COSTS REQUESTED: | $52.42 |
| TOTAL FEES REDUCED: | $1,322.40 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $8,350.60 | TOTAL COSTS ALLOWED: | $52.42 |

### TOTAL FEES AND COSTS ALLOWED: $8,403.02

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)      Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency.  Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)      Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated:  September 24, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

| 8/14/2014 | Maxwell Law Group, LLC | | Page | 1 |
| 11:26 AM | Time Detail | | | |

| Selection Criteria |
| --- |

| Clie.Selection | Include: Green Robert TR; Green, Robert |
| --- | --- |
| Slip.Transaction Dat | 1/1/2009 - 9/30/2014 |

| Nickname | Green, Robert | 10-48664 | |
| --- | --- | --- |
| Full Name | Robert Green | |
| Address | 10418 S. Komessky | |
| | Oak Lawn, IL 60453 | |
| Phone 1 | | Phone 2 |
| Phone 3 | | Phone 4 |
| In Ref To | | |
| Last bill | | |
| Last charge | 9/17/2014 | |
| Last payment | | Amount    $0.00 |

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |

**Nickname 1: 727 - OBJECTION TO DISCHARGE**

| Date | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total | |
|---|---|---|---|---|---|---|
| 2/28/2011 | JHS10 | 275.00 | 0.50 | 137.50 | | Billable |
| 172879 | review & revise draft 727 extension motion Reference:       727 - OBJECTION TO DISCHARGE | | | | | |
| 2/28/2011 | VC | 50.00 | 0.20 | 10.00  ~10.00 | | Billable |
| 168221 | copy and serve Trustee's mo/ext 727 deadline Reference:       727 - OBJECTION TO DISCHARGE | | | | | |
| 2/28/2011 | JHS10 | 275.00 | 0.20 | 55.00 | | Billable |
| 172881 | review regarding 727 (briefly) Debtor's schedules re 727 Reference:       727 - OBJECTION TO DISCHARGE | | | | | |
| 2/28/2011 | JHS10 | 275.00 | 0.20 | 55.00 | | Billable |
| 172880 | e-file 727 extension motion Reference:       727 - OBJECTION TO DISCHARGE | | | | | |
| 3/8/2011 | VRB10 | 300.00 | 0.50 | 150.00 | | Billable |
| 168088 | appear in court re trustee's motion to extend time to object to discharge Reference:       727 - OBJECTION TO DISCHARGE | | | | | |
| 3/18/2011 | VC | 50.00 | 0.20 | 10.00  ~10.00 | | Billable |
| 168757 | copied and served Trustee's 2nd mo/ext 727 Reference:       727 - OBJECTION TO DISCHARGE | | | | | |

| Total: 727 - OBJECTION TO DISCHARGE | 1.80 | $417.50 |
| --- | --- | --- |

-20.00

8/14/2014                          Maxwell Law Group, LLC
11:26 AM                               Time Detail                                    Page     2

Green, Robert: Robert Green (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 1: ASSIST CREDITORS/CLAIMS OBJECTIONS** | | | | | |
| 7/20/2012<br>183367 | JHS12<br>begin<br>reviewing claims<br>Reference:      ASSIST CREDITORS/CLAIMS OBJECTIONS | 285.00 | 0.90 | 256.50 | Billable |
| 3/3/2014<br>192863 | AJM12<br>research<br>exemption statute(no exemption claimed)(partial)(.3)<br>Reference:      ASSIST CREDITORS/CLAIMS OBJECTIONS | 450.00 | 0.30 | 135.00 | Billable |
| 3/11/2014<br>192866 | AJM12<br>review<br>Ford Motor POC re objection(.2); prepare letter to FOrd to<br>amend with drw POC(.4)<br>Reference:      ASSIST CREDITORS/CLAIMS OBJECTIONS | 450.00 | 0.60 | 270.00 | Billable |
| 3/17/2014<br>192870 | AJM12<br>review<br>Debtor's motion to distribute surplus funds(up 3/18)(.1); email to D<br>Loyd regarding objection, reasons(.3)<br>Reference:      ASSIST CREDITORS/CLAIMS OBJECTIONS | 450.00 | 0.40 | 180.00 | Billable |
| 4/30/2014<br>192565 *(12)* | CJC<br>copy<br>and serve  letter to Ford re issues with its claims and letters to<br>American Express attorneys (.3)<br>Reference:      ASSIST CREDITORS/CLAIMS OBJECTIONS | 100.00 | 0.30 | 30.00  *−30. 00* | Billable |
| 4/30/2014<br>192564 | AJM12<br>review<br>Claims re objections(.3); letter to Ford re issues with its<br>claim(second letter)(.2); letters to American Express attorneys<br>seeking withdrawal of 2 claims(.3)<br>Reference:      ASSIST CREDITORS/CLAIMS OBJECTIONS | 450.00 | 0.80 | 360.00 | Billable |
| 5/9/2014<br>193182 *(12)* | CJC<br>received<br>Received withdrawal of Claim from America Express both claims<br>(.2);<br>Reference:      ASSIST CREDITORS/CLAIMS OBJECTIONS | 100.00 | 0.20 | 20.00  *−20. 00* | Billable |
| 7/3/2014<br>193627 | CJC<br>tc w/<br>with Ford Motor regarding distribution check sent to them; search<br>for information regarding account (.3)<br>Reference:      ASSIST CREDITORS/CLAIMS OBJECTIONS | 100.00 | 0.30 | 30.00 | Billable |

Total: ASSIST CREDITORS/CLAIMS OBJECTIONS                    3.80                    $1,281.50

*−50. 00*

8/14/2014                              Maxwell Law Group, LLC                              Page    3
11:26 AM                                  Time Detail

Green, Robert: Robert Green (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | **Nickname 1: EMPLOYMENT & PAYMENT OF PROFESSIONALS** | | | | |
| 3/17/2011 168739 | EMS10 draft application to employ attorneys (.5) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 80.00 | 0.50 | 40.00 | Billable |
| 3/17/2011 169495 | JHS10 exchange exchange emails w ES regarding preparation of application to employ attorneys. Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 275.00 | 0.30 | 82.50 | Billable |
| 3/18/2011 169513 | JHS10 e-file efile motion to employ attorneys Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 275.00 | 0.30 | 82.50 − 82.50 | Billable |
| 3/18/2011 169511 | JHS10 review & revise review/revise application to employ attorneys. Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 275.00 | 0.60 | 165.00 | Billable |
| 2/19/2014 192123 | CJC prepare First draft Time detail for review (.4) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.40 | 40.00 | Billable |
| 2/20/2014 192114 | AJM12 revise Time detail for fee application to conclude case(.4) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 450.00 | 0.40 | 180.00 | Billable |
| 3/18/2014 192376 | CJC update revised time detail (.4) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.40 | 40.00 | Billable |
| 5/8/2014 193334 | CJC prepare time details for review (.6) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.60 | 60.00 | Billable |
| 5/30/2014 193125 | CJC prepare Trustee fee application and draft (.6) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.60 | 60.00 | Billable |
| 6/4/2014 193124 | CJC revised time detail (.4) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.40 | 40.00 | Billable |

*handwritten annotations: "12" (circled), "Fee App." (multiple), "−82.50" (bottom right)*

8/14/2014
11:26 AM

Maxwell Law Group, LLC
Time Detail

Page    4

Green, Robert:Robert Green (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/5/2014 193126 | CJC prepare attorney fee application and draft order for review(.5) Reference:        EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.50 | 50.00 | Billable |
| 6/9/2014 193179 | AJM12 revise attorney time detail for final fee application(.5) Reference:        EMPLOYMENT & PAYMENT OF PROFESSIONALS | 450.00 | 0.50 | 225.00 | Billable |
| 6/9/2014 193180 | AJM12 revise final attorney fee application (1.0) Reference:        EMPLOYMENT & PAYMENT OF PROFESSIONALS | 450.00 | 1.00 | 450.00 | Billable |
| 9/17/2014 193181 | AJM12 appear in court (estimation) re TFR + final fee application(.6) Reference:        EMPLOYMENT & PAYMENT OF PROFESSIONALS | 450.00 | 0.60 | 270.00 | Billable |

*Handwritten annotations:* "Fee App." next to 193126, "Fee App." next to 193179, "Fee App" next to 193180, "Fee App" next to 193181.

*Handwritten:* Total Non fee Application Allowed Fees: $7,952
5% of $7,952 = $397.60
Total Billed to prepare Fee App = $1355.00

Total: EMPLOYMENT & PAYMENT OF PROFESSIONALS          7.10          $1,785.00

*Handwritten:* Deduct $957.4 for ②

| Nickname 1: GENERAL | | | | | |
|---|---|---|---|---|---|
| 3/29/2011 169957 | AJM10 appear in court re application to employ attorneys, conf. w/ Special Counsel regarding wrongful death case, appearance/employment. Reference:        GENERAL | 440.00 | 0.50 | 220.00 | Billable |
| 4/28/2011 171909 | JHS10 conference w/ AJM & NAE regarding asset issue Reference:        GENERAL | 275.00 | 0.20 | 55.00 | Billable |

Total: GENERAL          0.70          $275.00

| Nickname 1: PERSONAL INJURY | | | | | |
|---|---|---|---|---|---|
| 3/9/2011 168710 | EMS10 draft PI ltr, email to AJM/JHS/VRB for review Reference:        PERSONAL INJURY | 80.00 | 0.20 | 16.00 | Billable |
| 3/10/2011 169438 | JHS10 review review letter and docs attached to same received from wrongful death suit. Reference:        PERSONAL INJURY | 275.00 | 0.30 | 82.50 | Billable |
| 3/10/2011 169439 | JHS10 e-mail(s) email ES regarding obtaining 341 meeting tape for debtor re PI | 275.00 | 0.10 | 27.50 | Billable |

Green, Robert:Robert Green (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/5/2014 192085 | NAE10 draft 9019 motion Reference: PERSONAL INJURY | 225.00 | 0.60 | 135.00 | Billable |
| 2/11/2014 192198 | CJC create list of creditors for service list (.5); Revise motion and exhibits and declaration (.5); prepare all envelopes for serving (.4) Reference: PERSONAL INJURY | 100.00 | 1.40 | 140.00 | Billable |
| 2/11/2014 192093 | NAE10 review & revise 9019 motion Reference: PERSONAL INJURY | 225.00 | 1.00 | 225.00 | Billable |
| 2/11/2014 192095 | NAE10 e-mail(s) to AJM and CJC re: need service list for 9019 motion Reference: PERSONAL INJURY | 225.00 | 0.10 | 22.50 | Billable |
| 2/11/2014 192094 | NAE10 draft special counsel declaration for 9019/employment motion Reference: PERSONAL INJURY | 225.00 | 0.50 | 112.50 | Billable |
| 2/12/2014 192097 | NAE10 conference w/ AJM re: expenses and liens Reference: PERSONAL INJURY | 225.00 | 0.10 | 22.50 | Billable |
| 2/12/2014 192100 | NAE10 search file for wrongful death special counsel declaration, save to file for revision Reference: PERSONAL INJURY | 225.00 | 0.30 | 67.50 | Billable |
| 2/12/2014 192099 ② | NAE10 review & revise 9019 motion to include expenses and liens Reference: PERSONAL INJURY | 225.00 | 0.50 | 112.50 -112.50 | Billable |
| 2/12/2014 192098 | NAE10 t/c to Special Counsel secretary re: expenses and liens Reference: PERSONAL INJURY | 225.00 | 0.30 | 67.50 | Billable |
| 2/14/2014 192861 | AJM12 review proposed distribution, letter regarding Medicare lien, signed declaration for motion(.4); save for use as exhibit to motion(.2); conf. w/ CJC regarding exhibits and draft order(.2) Reference: PERSONAL INJURY | 450.00 | 0.80 | 360.00 | Billable |

-112.50

8/14/2014                          Maxwell Law Group, LLC
11:26 AM                               Time Detail                          Page      8

Green, Robert: Robert Green (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/14/2014 192860 | AJM12 prepare<br>draft order for 9019 motion, revise 9019 motion re same + information from C. Raymond (.6)<br>Reference:      PERSONAL INJURY | 450.00 | 0.60 | 270.00 | Billable |
| 2/14/2014 192859 | AJM12 revise<br>9019 motion, declaration for special cousel(1.8); email to Clark Raymond re docs + information needed to finish motion, declaration(.2) email from C.R. re the same(.1)<br>Reference:      PERSONAL INJURY | 450.00 | 2.10 | 945.00 | Billable |
| 2/14/2014 192199 | CJC file<br>Motion to approve settlement, Motion to employ and pay special counsel (.5)<br>Reference:      PERSONAL INJURY | 100.00 | 0.50 | 50.00  −50.00 | Billable |
| 2/14/2014 192113 | VC prepare<br>and serve Motion to approve, employ and pay(.6)<br>Reference:      PERSONAL INJURY | 50.00 | 0.60 | 30.00  −30.00 | Billable |
| 2/14/2014 192862 | AJM12 conference w/<br>CJC regarding exhibits incorrect, review motion + identify correct exhibits to be attaxhed(.2)<br>Reference:      PERSONAL INJURY | 450.00 | 0.20 | 90.00 | Billable |
| 3/5/2014 192275 | CJC save<br>order granted to approve settlement, Motion to employ and pay special counsel (.2)<br>Reference:      PERSONAL INJURY | 100.00 | 0.20 | 20.00  −20.00 | Billable |
| 3/12/2014 192867 | AJM12 appear in court<br>regarding 9019 motion(.7)<br>Reference:      PERSONAL INJURY | 450.00 | 0.70 | 315.00 | Billable |
| 3/14/2014 192868 | AJM12 review<br>email from Clark Raymond(.1); review entered 9019 order(.1)<br>Reference:      PERSONAL INJURY | 450.00 | 0.20 | 90.00 | Billable |
| 3/17/2014 192869 | AJM12 tc w/<br>to Clark Raymond re circuit court petitions to be filed to obtain approval of settlement at "his end"(.2); email w/ Crt. reporter w copy of Bankruptcy ocurt orders for his use(.2)<br>Reference:      PERSONAL INJURY | 450.00 | 0.40 | 180.00 | Billable |

−100.00