UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
GREEN, ROBERT § Case No. 10-48664
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Green |  |  |  |
| ROBERT GREEN |  |  |  |
| Michael Green |  |  |  |
| Steven Green |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 38 Fountain Square Plz Cincinnati, OH 45202 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| CLARK M. RAYMOND | | | | | |
| CLARK M. RAYMOND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover PO Box 6103 Carol Stream, IL 60197 | | | | | |
| | Fifth Third Bank PO Box 740789 Cincinnati, OH 45274 | | | | | |
| | Gemb/Abt Tv Po Box 981439 El Paso, TX 79998 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Webbank/Dfs 12234 N Ih 35 Sb Bldg B Austin, TX 78753 | | | | | |
| | Wells Fargo Fin. PO Box 98791 Las Vegas, NV 89193 | | | | | |
| | Wff Cards 3201 N 4th Ave Sioux Falls, SD 57104 | | | | | |
| 000010 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | FIFTH THIRD BANK | | | | | |
| 000003 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000011 | PNC BANK | | | | | |
| 000002 | RBS CITIZENS | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | FIFTH THIRD BANK | | | | | |
| | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| | PNC BANK | | | | | |
| | RBS CITIZENS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-48664 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | GREEN, ROBERT | | | | Date Filed (f) or Converted (c): | 10/29/10 (f) |
| | | | | | 341(a) Meeting Date: | 12/28/10 |
| For Period Ending: | 11/17/14 | | | | Claims Bar Date: | 07/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10418 S. Komensky Ave, Oak Lawn, IL. 60453 | 129,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Accouct 230.00 Saving Account 380.00 | 610.00 | 0.00 | | 0.00 | FA |
| 3. Necessary Furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 5. 2006 Mecurey Montego | 8,300.00 | 5,900.00 | | 0.00 | FA |
| 6. PI CLAIM (u) | 0.00 | 0.00 | | 750,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $139,910.00 | $5,900.00 | | $750,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI/WD case settled, waiting for payment then begin TFR (5/14)

investigating PI/WD case pending in Cook County

attorneys employed

special counsel employed

TFR SUBMITTED (7/14), approved 9/25/14

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 18.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-48664 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GREEN, ROBERT | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8629 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7692 | | | |
| For Period Ending: | 11/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | 6 | ADVOCATE HEALTH CARE | PERSONAL INJURY CHECK | 1242-000 | 750,000.00 | | 750,000.00 |
| 05/08/14 | 010001 | Clark M. Raymond<br>The law firm Raymond & Raymond Ltd.<br>1701 E. Woodfield Road<br>Suite 903<br>Schaumburg, IL 60173 | Special Counsel<br>Fees<br>O/C 3/12/2014 | 3991-000 | | 200,000.00 | 550,000.00 |
| 05/08/14 | 010002 | Clark M. Raymond<br>Raymond and Raymond, Ltd.<br>1701 E. Woodfield Road,<br>Suite 903<br>Schaumburg, IL 60173 | Special Counsel<br>Expenses | 3992-000 | | 47,392.40 | 502,607.60 |
| 05/08/14 | 010003 | Robert Green<br>10418 S. Komensky<br>Oak Lawn, IL 60453 | Surplus to Debtor<br>O/C 3/18/2014 | 8200-000 | | 300,000.00 | 202,607.60 |
| 05/15/14 | 010004 | Steven Green | distribution probate o/c 4-25-14 | 8500-000 | | 25,000.00 | 177,607.60 |
| 05/15/14 | 010005 | Michael Green | distribution probate O/C 4-25-14 | 8500-000 | | 25,000.00 | 152,607.60 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 786.80 | 151,820.80 |
| * 06/10/14 | 010006 | ANDREW J. MAXWELL<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Chapter 7 Compensation/Fees | 2100-003 | | 40,750.00 | 111,070.80 |
| * 06/10/14 | 010006 | ANDREW J. MAXWELL<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Chapter 7 Compensation/Fees<br>Error - not actually issued but shown on check register at same time as creditor payment made | 2100-003 | | -40,750.00 | 151,820.80 |
| * 06/10/14 | 010007 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | fees and expenses | | | 8,618.64 | 143,202.16 |

Page Subtotals 750,000.00 606,797.84

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-48664 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GREEN, ROBERT | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8629  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7692 | | |
| For Period Ending: | 11/17/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| * 06/10/14 | 010007 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Fees           8,571.50<br>Expenses          47.14<br>fees and expenses<br>Error - not actually issued but shown on check<br>register at same time as creditor payment made<br><br>Fees       (   8,571.50 )<br>Expenses   (      47.14 ) | 6110-003<br>6120-003<br><br><br><br>6110-003<br>6120-003 | | -8,618.64 | 151,820.80 |
| 06/10/14 | 010008 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured Claim 100%  plus Interest<br>Final Payment<br><br>Claim           435.64<br>Interest           3.65 | <br><br><br>7100-000<br>7990-000 | | 439.29 | 151,381.51 |
| 06/10/14 | 010009 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Unsecured Claim 100%  plus Interest<br>Final Payment<br><br>Claim         6,435.24<br>Interest          53.85 | <br><br><br>7100-000<br>7990-000 | | 6,489.09 | 144,892.42 |
| 06/10/14 | 010010 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Unsecured Claim 100%  plus Interest<br>Final Payment<br><br>Claim        14,205.11<br>Interest         118.87 | <br><br><br>7100-000<br>7990-000 | | 14,323.98 | 130,568.44 |
| * 06/10/14 | 010011 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured Claim 100%  plus Interest<br>Final Payment | | | 3,221.69 | 127,346.75 |

Page Subtotals        0.00        15,855.41

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-48664 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GREEN, ROBERT | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8629 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7692 | | |
| For Period Ending: | 11/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim           3,194.95 | 7100-004 | | | |
| | | | Interest             26.74 | 7990-003 | | | |
| * 06/10/14 | 010011 | Capital One Bank (USA), N.A. | Stop Payment Reversal | | | -3,221.69 | 130,568.44 |
| | | by American InfoSource LP as agent | STOP PAY ADD SUCCESSFUL | | | | |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| | | | Claim      (    3,194.95 ) | 7100-004 | | | |
| | | | Interest    (       26.74) | 7990-003 | | | |
| 06/10/14 | 010012 | Chase Bank USA, N.A. | Unsecured Claim 100% plus Interest | | | 4,063.50 | 126,504.94 |
| | | PO Box 15145 | Final Payment | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| | | | Claim           4,029.78 | 7100-000 | | | |
| | | | Interest             33.72 | 7990-000 | | | |
| 06/10/14 | 010013 | Chase Bank USA, N.A. | Unsecured Claim 100% plus Interest | | | 776.55 | 125,728.39 |
| | | PO Box 15145 | Final Payment | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| | | | Claim             770.11 | 7100-000 | | | |
| | | | Interest              6.44 | 7990-000 | | | |
| 06/10/14 | 010014 | Chase Bank USA, N.A. | Unsecured Claim 100% plus Interest | | | 3,037.51 | 122,690.88 |
| | | PO Box 15145 | Final Payment | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| | | | Claim           3,012.30 | 7100-000 | | | |
| | | | Interest             25.21 | 7990-000 | | | |
| 06/10/14 | 010015 | Fifth Third Bank | Unsecured Claim 100% plus Interest | | | 10,597.95 | 112,092.93 |
| | | PO BOX 829009 | Final Payment | | | | |
| | | Dallas, TX 75382 | | | | | |
| | | | Claim          10,510.00 | 7100-000 | | | |
| | | | Interest             87.95 | 7990-000 | | | |
| 06/10/14 | 010016 | PNC BANK | Unsecured Claim 100% plus Interest | | | 7,913.68 | 104,179.25 |

Page Subtotals          0.00          23,167.50

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-48664 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GREEN, ROBERT | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8629 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7692 | | |
| For Period Ending: | 11/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 94982<br>CLEVELAND, OH 44101 | Final Payment<br><br>Claim 7,848.01<br>Interest 65.67 | 7100-000<br>7990-000 | | | |
| 06/10/14 | 010017 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured Claim 100% plus Interest<br>Final Payment<br><br>Claim 3,437.07<br>Interest 28.76 | 7100-000<br>7990-000 | | 3,465.83 | 100,713.42 |
| 06/10/14 | 010018 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured Claim 100% plus Interest<br>Final Payment<br><br>Claim 7,991.31<br>Interest 66.87 | 7100-000<br>7990-000 | | 8,058.18 | 92,655.24 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 205.41 | 92,449.83 |
| * 08/12/14 | | CITIBANK<br>ROBERT GREEN | OVER PAYMENT | 7100-003 | | -626.37 | 93,076.20 |
| * 08/27/14 | | CITIBANK<br>ROBERT GREEN | OVER PAYMENT<br>wrong name-correct for internal purposes. | 7100-003 | | 626.37 | 92,449.83 |
| 08/27/14 | | RBS CITIZEN BANK<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886<br>RBS CITIZENS | OVER PAYMENT<br><br><br><br><br>Memo Amount: 626.37 | 7100-000 | | -626.37 | 93,076.20 |
| 10/07/14 | 010019 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200 | Chapter 7 Compensation/Fees<br>c/o 9/24/2014 | 2100-000 | | 20,257.82 | 72,818.38 |

Page Subtotals  0.00  31,360.87

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-48664 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GREEN, ROBERT | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8629  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7692 | | |
| For Period Ending: | 11/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/14 | 010020 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for TR. Fees & Expenses<br>c/o 9/24/2014 | | | 8,403.02 | 64,415.36 |
| | | | Fees         8,350.60 | 3110-000 | | | |
| | | | Expenses       52.42 | 3120-000 | | | |
| 10/07/14 | 010021 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 4, Final Payment<br>Plus Interest | | | 3,221.69 | 61,193.67 |
| | | | Claim         3,194.95 | 7100-000 | | | |
| | | | Interest        26.74 | 7990-000 | | | |
| 10/07/14 | 010022 | ROBERT GREEN | Surplus Funds Paid to Debtor<br>Final Payment | 8200-002 | | 61,193.67 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | | 626.37 | COLUMN TOTALS | | 750,000.00 | 750,000.00 | 0.00 |
| Memo Allocation Disbursements: | | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 750,000.00 | 750,000.00 | |
| Memo Allocation Net: | | 626.37 | Less:  Payments to Debtors | | | 411,193.67 | |
| | | | Net | | 750,000.00 | 338,806.33 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | | 626.37 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | | 0.00 | Checking Account (Non-Interest Earn - ********8629 | | 750,000.00 | 338,806.33 | 0.00 |
| Total Memo Allocation Net: | | 626.37 | | | 750,000.00 | 338,806.33 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       72,818.38

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-48664 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GREEN, ROBERT | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8629  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7692 | | | |
| For Period Ending: | 11/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********8629)

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*